NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5138

TRAFALGAR HOUSE CONSTRUCTION, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.


Carl L. Fletcher, Jr., Daniels Law Firm, P.L.L.C., of Charleston, West Virginia, argued for plaintiff-appellant.

Robert E. Chandler, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee.  With him on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General; Jeanne E. Davidson, Director; and Harold D. Lester, Jr., Assistant Director.  Of counsel was Brian S. Smith, Trial Attorney.

Appealed  from:  United States Court of Federal Claims

Judge Susan G. Braden.

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5138

TRAFALGAR HOUSE CONSTRUCTION, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the      United States Court of Federal Claims

in CASE NO(S).      99-CV-363

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LINN, <u>Circuit Judge</u>, ARCHER, <u>Senior Circuit Judge</u>, and PROST, <u>Circuit Judge</u>).

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>April 14, 2008</u>      <u>/s/ Jan Horbaly</u>
                      Jan Horbaly, Clerk